ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2011 JAN 27 PM 12: 27

CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | Complaint No. 4:11-MJ-016 |
| § § | |
| SHAWN DANIEL SERFRESS (1) § | |

# WARRANT FOR ARREST

TO:   The United States Marshal and
Any Authorized Officer of the United States

## YOU ARE HEREBY COMMANDED TO ARREST
## **SHAWN DANIEL SERFRESS**,

and bring him forthwith to the nearest available Magistrate Judge to answer a Complaint charging him with Possession of a Controlled Substance With Intent to Distribute, in violation of Title 21, United States Code, § 841(a)(1).

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this 21st day of January, 2011.

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at  FORT WORTH, TEXAS   .

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER: |
|---|---|---|
| 01-21-11 | KEVIN K BROWN | K KB |
| DATE OF ARREST: 01-24-11 | DEA | |