ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2011 FEB 16 PM 12: 15

ERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | No. |
| SHAWN DANIEL SERFASS (1) | § § | 4-11CR-020-A |

INDICTMENT

The Grand Jury charges:

Count One
Possession of a Controlled Substance with Intent to Distribute
(Violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

On or about October 13, 2010, in the Fort Worth Division of the Northern District of Texas, the defendant, **Shawn Daniel Serfass**, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance.

**Indictment - Page 1**

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

JAMES T. JACKS
UNITED STATES ATTORNEY

_____
BRET HELMER
Assistant United States Attorney
Texas State Bar No. 00793931
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Tel: 817.252.5200
Fax: 817.978.3094

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

SHAWN DANIEL SERFASS (1)

### INDICTMENT

21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
Possession of a Controlled Substance with Intent to Distribute

(1 COUNT)

A true bill rendered: _____

FORT WORTH                                    FOREPERSON

Filed in open court this 16th day of February, A.D. 2011.

In Federal custody

UNITED STATES MAGISTRATE JUDGE
4:11-016-MJ

# ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**Related Case Information**
Superseding Indictment: ☐ Yes ☒ No
New Defendant: ☒ Yes ☐ No
Pending CR Case in NDTX: ☐ Yes ☒ No
Search Warrant Case Number: _____
Rule 20 from District of: _____
Magistrate Case Number: 4:11-016-MJ

**4-11CR-020-A**

1. **Defendant Information**
   Juvenile: ☐ Yes ☒ No
   Sealed: ☐ Yes ☒ No

   Defendant Name
   SHAWN DANIEL SERFASS (1)
   Alias Name
   Address

2. **U.S. Attorney Information**
   AUSA  Bret Helmer         Bar # 00793931

3. **Interpreter**
   ☐ Yes ☒ No
   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date: January 24, 2011

   ☒ Federal Inmate
   ☐ Already in State Custody
   ☐ On Pretrial Release
   ☐ Warrant to Issue

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1     ☐ Petty     ☐ Misdemeanor     ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) | Possession of a Controlled Substance With Intent to Distribute | 1 |

   Date 2-15-2011           Signature of AUSA: [signature]