U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 17 2011

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | NO. 4:11-CR-020-A |
| SHAWN DANIEL SERFASS | § | |

ORDER

The court ORDERS that the arraignment hearing of defendant, SHAWN DANIEL SERFASS, be, and is **set for 9:00 a.m. on February 23, 2011,** before the Honorable Jeffrey L. Cureton, United States Magistrate Judge, in the 2nd Floor Courtroom of the United States Courthouse, Fort Worth, Texas.

The court further ORDERS that Shawn Daniel Serfass, his attorney, and the attorney of United States of America responsible for handling this action be present at **8:30 a.m. at such date and place to insure a timely start of the hearing.**

SIGNED February 17, 2011.

JOHN McBRYDE
United States District Judge