# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

HONORABLE John McBryde, PRESIDING
DEPUTY CLERK: F. Arnold  COURT REPORTER: Debbie Saenz
LAW CLERK ___  USPO ___
INTERPRETER:
A.M. 9:20 - 9:36; 9:37 - 9:49  DATE HELD: April 8, 2011
TOTAL COURT TIME: 20 mins.  CSO: Charlie Simmons

CR. No. 4:11-CR-020-A  DEFT NO.01

| UNITED STATES OF AMERICA | § | BRET HELMER, AUSA |
|---|---|---|
| v. | § | |
| SHAWN DANIEL SERFASS | § | ANTHONY GREEN, APPOINTED ☐ |
| Defendant's Name | | Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F) |

## REARRAIGNMENT

Trial Status: ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered

☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)

☐ Mistrial  ✔ Guilty Plea  ☐ None  Days in Trial: ___  Hearing Concluded: ✔ Yes  ☐ No

✔ Defendant SWORN.

✔ Rearraignment - Held on count(s) **1** of the **1** counts(s)
 ✔ Indictment  ☐ Information  ☐ Superseding Indictment  ☐ Superseding Information.

☐ New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).

✔ Defense waived reading of the Indictment.

✔ Deft enters a plea of  ☐ Not Guilty  ✔ Guilty  ☐ Nolo

☐ Consent to proceed before U.S. Magistrate Judge on misdemeanor case.

☐ Waiver of Jury Trial

☐ Waiver of Indictment, filed.

☐ Plea Agreement accepted.  ☐ Court defers acceptance of Plea Agreement.

☐ Plea Agreement filed  ✔ No Plea Agreement.

☐ Plea Agreement included with Factual Resume.

✔ Factual Resume filed.

✔ Defendant is adjudged guilty as to count(s) **1 of the indictment.**

✔ **Sentencing set 07/22/2011 at 9:00 a.m.**

☐ Trial set for ___ at 8:30 a.m.

☐ Pretrial motions due: ___. Discovery motions/Government Responses due: ___.

✔ Order for PSI, Disclosure Date and Setting Sentencing entered.

☐ PSI waiver filed. ✔ PSI due: 05/31/2011. ✔ Presentence Referral Form to: Anthony Green.

☐ Defts bond ☐ set ☐ reduced to $ ___  ☐ Cash ☐ Surety ☐ 10% ☐ PR

☐ Deft failed to appear, bench warrant to issue.

☐ Bond ☐ continued ☐ forfeited

☐ Deft Custody/Detention continued.

✔ Deft ORDERED into custody.

✔ **OTHER PROCEEDINGS: Govt Exh. 1 - Admitted.**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 8 2011
CLERK, U.S. DISTRICT COURT
By ___
Deputy