IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | NO. 4:11-CR-020-A |
| § | |
| SHAWN DANIEL SERFASS (1) § | |

## FACTUAL RESUME

**PLEA:** Plea to Sole Count of Indictment:
Possession of a Controlled Substance With Intent to Distribute;
Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C)

**PENALTY:**
- A. imprisonment of not more than 20 years;
- B. a possible fine not to exceed $1,000,000;
- C. a term of supervised release of not less than 3 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement;
- D. a mandatory special assessment of $100.00.
- E. potential ineligibility for federal benefits, pursuant to 21 U.S.C. § 862.

## ESSENTIAL ELEMENTS OF THE OFFENSE:

In order to establish the offense, as alleged in Count One of the indictment, the government must prove the following elements beyond a reasonable doubt:

1. That on or about October 13, 2010, in the Fort Worth Division of the Northern District of Texas;
2. The defendant knowingly possessed a controlled substance;
3. The substance was, in fact, methamphetamine, a Schedule II controlled substance;
4. The defendant possessed the substance with the intent to distribute it.

STIPULATION OF FACTS:

1. On October 13, 2010, officers established surveillance on the defendant, Shawn Serfass, in Fort Worth, Texas. During the late afternoon, officers observed the defendant driving his vehicle on Interstate 30 eastbound. The defendant was accelerating at a high rate of speed and making numerous lane changes without utilizing his turn signal. Fort Worth Police were able to catch up with the defendant and initiate a traffic stop at 6037 Calmont Avenue in Fort Worth. Officers advised the defendant that he had been stopped for such traffic violations and also asked the defendant for consent to search his vehicle. The defendant gave verbal consent for officers to search his vehicle.

2. A Fort Worth K9 officer had also been requested to assist in the traffic stop. The K9 Officer also asked the defendant for consent to search his vehicle. The defendant again gave verbal consent for officers to search the vehicle. The K9 narcotic-sniffing dog alerted on the center console area of the vehicle. Officers removed the front center storage compartment bucket in the center console and located a clear baggy containing methamphetamine.

3. The methamphetamine later tested positive at the DEA South Central Laboratory for 13.3 [strikethrough] grams, with a 73.8% purity. [handwritten initials AG]

SIGNED on this the 30th day of March, 2011.

_____                    _____
SHAWN SERFASS                              ANTHONY GREEN
Defendant                                  Attorney for Defendant
                                           Texas Bar No. 24093702

Factual Resume - Page 2