

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:11-CR-020-A |
| | § | |
| SHAWN DANIEL SERFASS (1) | § | |

### GOVERNMENT'S NOTICE REGARDING ACCEPTANCE OF RESPONSIBILITY

The United States of America files this Government's Motion Regarding Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), and would show as follows:

If the Court determines that the Defendant is entitled to a reduction for Acceptance of Responsibility, and that his offense level is 16 or greater, the Government moves that the Defendant receive an additional third point reduction for Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), because the Defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

Respectfully Submitted,

JAMES T. JACKS
UNITED STATES ATTORNEY

_/s/_ _____
BRET HELMER
Assistant United States Attorney
Texas Bar No.00793931
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.978.3094
Bret.Helmer@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that on this the 11th day of April, 2011, the foregoing Government's Notice Regarding Acceptance of Responsibility was filed with the clerk for the U.S. District Court, Northern District of Texas, served by hand-delivery to the United States Probation Office, United States Courthouse, 501 W. 10th Street, Fort Worth, Texas, 76102 and served via USPS to Anthony Green, counsel for the defendant.

_/s/_ _____
BRET HELMER
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

The attorney, Anthony Green, for the defendant has previously informed the undersigned AUSA that he does not oppose the 3rd point of acceptance motions on any of his clients.

_/s/_ _____
BRET HELMER
Assistant United States Attorney

Acceptance of Responsibility - Page 2