U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 20 2011
CLERK, U.S. DISTRICT COURT
by_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:11-CR-020-A |
| | § | |
| SHAWN DANIEL SERFASS | § | |

### ORDER

After having reviewed the presentence report pertaining to defendant, Shawn Daniel Serfass, defendant's objections thereto, defendant's amendments to his objections, and the other sentencing material, the court tentatively has concluded that defendant's objections to the presentence report (some of which apparently have been withdrawn) are without merit. The court further tentatively has concluded that because of defendant's frivolous contest of relevant conduct and other information that would be pertinent to the sentencing process, a sentence above the top of the advisory guideline range would be appropriate in this case. The court is calling such tentative conclusions to the attention of the parties so that the parties can take them into account at the sentencing hearing.

THE COURT SO ORDERS.

SIGNED July 20, 2011.

_____
JOHN McBRYDE
United States District Judge