**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**
**MINUTE ORDER**

ORIGINAL

HONORABLE John McBryde, PRESIDING
DEPUTY CLERK: C. Bush
LAW CLERK _____
INTERPRETER:
A.M. 9:33 - 9:43; 10:11-11:05
TOTAL COURT TIME: 37 mins.

COURT REPORTER: Ana Warren
USPO: Kenneth Mays
COURT TIME: 9:00 A.M.
DATE HELD: July 22, 2011
CSO: Charlie Simmons

CR. No. 4:11-CR-020-A   DEFT NO. 01

UNITED STATES OF AMERICA § BRET HELMER, AUSA
§
v. §
§
SHAWN DANIEL SERFASS § Anthony Green, APPOINTED ☐
Defendant's Name                Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## SENTENCING

Hearing Type: ✔ Sentencing Hearing - Contested ☐ Sentencing Hearing - Non-Evidentiary
Trial Status: ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ✔ Guilty Plea ☐ Days in Trial: Hearing Concluded: ✔ Yes ☐ No

✔ ...... Sentencing held. ✔ Objections to PSI heard. ☐ Plea agreement accepted. ☐ Plea agreement NOT accepted.
☐ ...... Change of plea hearing, deft withdraws plea of guilty.
☐ ...... Pre Sentencing Guidelines
✔ ...... New Sentencing Guidelines (NSG) offense committed on or after (11/1/87). ☐ Departs Upward ☐ Departs Downward
✔ ...... **SENTENCING TEXT:**
  ☐ .. Deft. placed on: Probation for _____ years.
  ✔ .. Deft. committed to custody of the BOP to be imprisoned for a TOTAL term of __160__ months.
  ✔ .. Deft. placed on: Supervised Released for __3__ years.
  ✔ .. Fine imposed in the amount of $ __5,000.__
  ☐ .. Count(s) _____ of Original Indictment dismissed on government's motion as to this defendant.
  ☐ .. Original Indictment dismissed on government's motion as to this defendant.
  ✔ .. $100.00 special assessment on Count(s) __1__ $100.00 per count,
       of ✔ Indictment ☐ Information ☐ Superseding Indictment ☐ Superseding Information.
☐ ...... Trial set for: _____
☐ ...... Defts bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ ...... Deft ordered to surrender to U.S. Marshal on _____
☐ ...... Deft ordered to surrender to the designated institution on _____
☐ ...... Deft failed to appear, bench warrant to issue.
☐ ...... Bond ☐ continued ☐ revoked
✔ ...... Deft Advised of his right to appeal.
☐ ...... Deft requests Clerk to enter notice of Appeal.
✔ ...... Deft Custody/Detention continued.
☐ ...... Deft REMANDED to custody. ☐ Court recommends incarceration at _____
✔ ...... Court Recommends to the Bureau of Prisons that defendant be allowed to participate in the Residential Drug Abuse Treatment Program and Mental Health Treatment Program.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 2 2 2011
CLERK, U.S. DISTRICT COURT
by _____
       Deputy

**OTHER PROCEEDINGS:** Kevin Brown, DEA Task Force Officer, sworn, testimony heard.