


FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2011 JUL 28 PM 3:18

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | NO. 4:11-CR-020(A) |
| | § | |
| SHAWN DANIEL SERFASS | § | |

## NOTICE OF APPEAL

Shawn Daniel Serfass ("Defendant"), files this Notice of Appeal to the United States Court of Appeals for the 5th Circuit from the sentence imposed on July 22, 2011 and the judgment signed on July 26, 2011.

Defendant specifically appeals the sentence enhancement to his sentence made pursuant to United States Sentencing Guideline §2D1.1(b)(4) for importation of methamphetamine.

Respectfully submitted,

_____
Anthony Green
Texas Bar No. 24043702
933 W. Weatherford St., Suite 201
Fort Worth, TX 76102
(817) 332-3803 tel.
(817) 332-3801 fax
attorneyanthonygreen@gmail.com

Certificate of Service:

On __07/26/2011__, a copy of the foregoing was delivered to the following by 1st Class U.S. Mail.

_____
Anthony Green

United States Attorney's Office
AUSA Brett Helmer
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102-6897