ORIGINAL

**JAN 18 2012**

U.S. ...
NORTHE...
CL...
By ___

# United States District Court
## Northern District of Texas
### Office of the Clerk

Fort Worth Division

Jan 18, 2012

Clerk
U.S. Court of Appeals - Fifth Circuit
600 Maestri Place
New Orleans, LA 70130

SUBJECT:   4:11-cr-00020-A-1          USA v. Serfass          11-10719

Dear Clerk:

In connection with the appeal cited above, the following record is transmitted:

☒ Record on appeal or    ☐ Supplemental record on appeal
   consisting of ___1___ volumes of the record and/or any of the items indicated below:

| | | |
|---|---|---|
| __4__ Volume(s) of the transcript | _____ Volume(s) of depositions |
| Govt 1 Container(s) of exhibits | _____ Folder(s) of State Court Papers |
| _____ Sealed documents | _____ Audio Visual Tapes |
| __1__ PSI and SOR page Sealed | |

☐ Other: _____

☐ **ATTENTION:** Some of the documents noted above are ORIGINAL DOCUMENTS and must be returned to the district court.

☐ UPS Tracking #: _____

Sincerely,
KAREN MITCHELL
Clerk of Court

By: /s/ Tamara Ellis
Deputy Clerk