United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**FILED**
June 15, 2012

Lyle W. Cayce
Clerk

No. 11-10719

D.C. Docket No. 4:11-CR-20-1

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

SHAWN DANIEL SERFASS,

    Defendant - Appellant

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 16 2012
1:00 pm
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

Before JONES, Chief Judge, and WIENER and GRAVES,[*] Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: JUL 09 2012

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy

New Orleans, Louisiana    JUL 09 2012

[*]Judge Graves concurs in the judgment only.