ORIGINAL

RECEIVED TC
NOV 26 2012
11:31 am
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 13, 2012

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 11-10719, USA v. Shawn Serfass
        USDC No. 4:11-CR-20-1 — A

Enclosed is a copy of the Supreme Court order denying certiorari.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Lisa G Landry*
By: _____
Lisa G. Landry, Deputy Clerk
504-310-7649

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

November 13, 2012

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Shawn Daniel Serfass
    v. United States
    No. 12-6637
    (Your No. 11-10719)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter, Clerk